**CITY OF RIO RANCHO V. JOHNSON**

This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**CITY OF RIO RANCHO,**
**Plaintiff-Appellant,**
**v.**
**AARON JOHNSON,**
**Defendant-Appellee.**

No. A-1-CA-37173

COURT OF APPEALS OF NEW MEXICO

January 28, 2019

APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY, George P. Eichwald, District Judge

**COUNSEL**

Rio Rancho City Attorney's Office, Gregory Lauer, City Attorney, Robin S. Hammer, Assistant City Attorney, Rio Rancho, NM, for Appellant

Ray Twohig, Albuquerque, NM, for Appellee

**JUDGES**

LINDA M. VANZI, Judge. WE CONCUR: M. MONICA ZAMORA, Chief Judge, JULIE J. VARGAS, Judge

**AUTHOR:** LINDA M. VANZI

**MEMORANDUM OPINION**

**VANZI, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

{2}     IT IS SO ORDERED.

LINDA M. VANZI, Judge

WE CONCUR:

M. MONICA ZAMORA, Chief Judge

JULIE J. VARGAS, Judge